# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 209 EAL 2022
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
MARCOS RIVERA,  :
:
Petitioner  :

COMMONWEALTH OF PENNSYLVANIA,  : No. 210 EAL 2022
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
MARCOS RIVERA,  :
:
Petitioner  :

COMMONWEALTH OF PENNSYLVANIA,  : No. 211 EAL 2022
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
MARCOS RIVERA,  :
:
Petitioner  :

## <u>ORDER</u>


**PER CURIAM**

**AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.